AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| Samuel Ronan, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:26-CV- 00343 |
| FRANK LAROSE, in his Official Capacity | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Frank LaRose, in his Official Capacity

Date:      03/27/2026

/s/ *Ann Yackshaw*

*Attorney's signature*

Ann Yackshaw (0090623)

*Printed name and bar number*

Ohio Attorney General's Office
30 East Broad Street, 16th Floor
Columbus, Ohio 43215

*Address*

Ann.Yackshaw@OhioAGO.gov

*E-mail address*

(614) 466-2872

*Telephone number*

(614) 728-7592

*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing. Parties have access to this filing through the Court's system.

*/s/Ann Yackshaw*
Ann Yackshaw (0090623)
Assistant Attorney General