# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**SAMUEL RONAN,** *et al.,*

        **Plaintiffs,**      **:**

                      **Case No. 2:26-cv-343**

   v.                     **Chief Judge Sarah D. Morrison**

                      **Magistrate Judge S. Courter M. Schimeall**

**FRANK LAROSE,** *et al.,*    **:**

        **Defendants.**

## ORDER

This matter is before the Court on the Motion for Temporary Restraining Order and Preliminary Injunction filed by Plaintiffs Samuel Ronan and Ana Cordero. (ECF No. 2.) On March 20, 2026, the Court held an informal preliminary conference pursuant to S.D. Ohio Civ. R. 65.1(a), during which the Court granted Plaintiffs' Motion for Temporary Restraining Order. (ECF No. 10.)

The Court held an evidentiary hearing on the Motion on April 2, 2026. For the reasons stated at the hearing, Plaintiffs' Motion is **DENIED** and the temporary restraining order is **VACATED**.

The Court **STAYS** the vacating of the temporary restraining order until Monday, April 6, 2026 at 12:00p.m.

    **IT IS SO ORDERED.**

                     /s/ Sarah D. Morrison
                     **SARAH D. MORRISON, CHIEF JUDGE**
                     **UNITED STATES DISTRICT COURT**