**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

|  |  |  |
|---|---|---|
| SAMUEL RONAN and ANA CORDERO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:26-cv-00343-SDM-SCS |
| | ) | |
| FRANK LAROSE, DOUGLAS PREISSE, | ) | |
| MEREDITH FREEDHOFF, JAMIE SHUMAKER | ) | |
| AND MICHAEL SEXTON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT Plaintiffs Samuel Ronan and Ana Cordero hereby appeal

from the Court's April 2, 2026 Order (ECF No. 32) denying Plaintiffs' Motion for Temporary

Restraining Order and Preliminary Injunction (ECF No. 2) and vacating the Temporary

Restraining Order the Court entered on March 20, 2026. (ECF No. 10), against all Defendants.

Dated: April 2, 2026

Respectfully submitted,

/s/Oliver B. Hall
Oliver Hall (*Pro Hac Vice*)
CENTER FOR COMPETITIVE DEMOCRACY
P.O. Box 21090
Washington, DC 20009
202-248-9294
oliverhall@competitivedemocracy.org

Mark R. Brown*
303 East Broad St.
Columbus, OH 43215
(614) 236-6590
Ohio Bar No. 81941
mbrown@law.capital.edu

*Attorneys for Plaintiffs*
*Counsel of record

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2026, I filed the foregoing document using the Court's CM/ECF system, which will effect service upon all counsel of record.


/s/Oliver B. Hall
Oliver B. Hall

*Counsel for Plaintiffs*