**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

---

**RONAN, et al.,**

      **Plaintiffs,**

**v.**

                              **No.  2:26-cv-343**

                              **Chief Judge Sarah D. Morrison**

                              **Magistrate Judge S. Courter M. Shimeall**

**LaROSE, et al.,**

      **Defendants.**

---

**JOINT MOTION TO STAY DISCOVERY
PENDING INTERLOCUTORY APPEAL**

The parties hereby jointly move the Court to stay discovery and vacate the currently scheduled June 11, 2026, deadline for filing their Fed. R. Civ. P. 26(f) report, pending the resolution of Plaintiffs' interlocutory appeal to the Sixth Circuit (Case No. 26-3272).

On April 2, 2026, following a hearing, this Court denied preliminary relief. *See* Transcript, Doc. 34, at PageID# 1319. The Court then entered a written Opinion and Order denying preliminary relief on April 6, 2026. *See* Doc. 36. Plaintiffs filed an emergency notice of appeal of that order on April 2, 2026, and on April 6, 2026, the Sixth Circuit denied emergency relief.  *See Ronan v. LaRose*, No. 26-3272, Doc. 20-1 (6th Cir.). The Sixth Circuit thereafter on April 21, 2026, denied Plaintiffs' Suggestion of Mootness, *see Ronan v. LaRose*, No. 26-3272, Doc. 22-2 (6th Cir.), and on April 29, 2026, released its Briefing Letter, *id.*, Doc. 23 (6th Cir.), directing that Plaintiffs' brief be filed by June 8, 2026, Defendants' briefs be filed by July 8, 2026, and any reply be filed within 21 days thereafter.  Briefing on the appeal will thus be complete by July 29, 2026.

1

The parties have conferred this 28th day of May, 2026, and, in the interest of judicial economy and the preservation of time and resources, jointly move this Court for an order staying discovery in this case, pending the conclusion of Plaintiffs' interlocutory appeal and the Sixth Circuit's relinquishment of jurisdiction over the same. The parties further request that this Court vacate and continue the associated deadline for filing their Fed. R. Civ. P. 26(f) report, currently scheduled for June 11, 2026.

Finally, the parties believe that granting the foregoing request would obviate the need for the telephonic preliminary pretrial currently scheduled for June 18, 2026. *See* Notice of Hearing, Doc. 39.  The parties defer to the Court's sound discretion in that regard but have no objection to a continuance of that conference consistent with the stay requested herein.

Respectfully submitted,

*/s/ Mark R. Brown*

Mark R. Brown
303 E. Broad Street
Columbus, OH 43215
614-236.6590
mbrown@law.capital.edu

Attorney for Plaintiffs

Shayla D. Favor
Prosecuting Attorney
Franklin County, Ohio

*/s/ Eli F. Redfern*

Eli F. Redfern (0103481)
Brian D. Zagrocki (0101970)
Jeanine A. Hummer (0030565)*
    *Trial Attorney
Assistant Prosecuting Attorneys
373 South High Street, 13th Floor

Columbus, Ohio 43215
Tel: (614) 525-3520
Fax: (614) 525-6012
eredfern@franklincountyohio.gov
bzagrocki@franklincountyohio.gov
jhummer@franklincountyohio.gov

*Counsel for Defendants Preisse, Freedhoff,
Shumaker, and Sexton*


DAVE YOST

Ohio Attorney General

*/s/ Julie M. Pfeiffer*
JULIE M. PFEIFFER (0069792)*
*\*Counsel of Record*
MARK TUCKER (0036855)
STEPHEN P. TABATOWSKI (0099175)
GREGORY A. RUSTICO (0104103)
TYLER W. BLAIR (0095595)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Julie.Pfeiffer@OhioAGO.gov
Mark.Tucker@OhioAGO.gov
Stephen.Tabatowski@OhioAGO.gov
Gregory.Rustico@OhioAGO.gov
Tyler.Blair@OhioAGO.gov

*Counsel for Defendant Frank LaRose*

## CERTIFICATE OF SERVICE

I hereby certify that the forging was filed using the Court's CM/ECF filing system and will be served on all counsel of record.


*/s/Mark R. Brown*
Mark. R. Brown
*Counsel for Plaintiffs*

3