**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 08, 2026

Mr. Mark R. Brown

Mr. Oliver B. Hall

Ms. Jeanine Amid Hummer

Ms. Julie M. Pfeiffer

Mr. Eli Redfern

Mr. Gregory A. Rustico

Mr. Stephen P. Tabatowski

Mr. Mark D. Tucker

Mr. Brian Zagrocki

    Re:  Case No. 26-3272
        *Samuel Ronan, et al v. Frank LaRose, et al*
        Originating Case No. 2:26-cv-00343

Dear Counsel,

   The Court issued the enclosed Order today in this case.

Sincerely,

s/Antoinette

Case Management Specialist
Direct Dial No. 513-564-7015

Enclosure

No.  26-3272

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jun 8, 2026
KELLY L. STEPHENS, Clerk

SAMUEL RONAN; ANA CORDERO,       )
                                            )
      Plaintiffs - Appellants,       )
                                            )
v.                                    )        O R D E R
                                          )
FRANK  LAROSE;  DOUGLAS  J.  PREISSE;  )
MEREDITH    FREEDHOFF;    JAMIE    L.  )
SHUMAKER; MICHAEL E. SEXTON,     )
                                          )
      Defendants - Appellees.       )

Before:  BATCHELDER, LARSEN, and READLER, Circuit Judges.


Upon review of the defendants-appellees' motion to dismiss, and the plaintiffs' response in support, it is ORDERED that the motion is GRANTED.  This appeal is DISMISSED AS MOOT.


ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk