No. 26-3272

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
┌─────────────────────────────┐
│          FILED              │
│        Jun 8, 2026          │
│  KELLY L. STEPHENS, Clerk   │
└─────────────────────────────┘
```

SAMUEL RONAN; ANA CORDERO,

    Plaintiffs-Appellants,

v.

FRANK LAROSE; DOUGLAS J. PREISSE; MEREDITH FREEDHOFF; JAMIE L. SHUMAKER; MICHAEL E. SEXTON,

    Defendants-Appellees.


Before:  BATCHELDER, LARSEN, and READLER, Circuit Judges.

# JUDGMENT

THIS MATTER was heard on the record and the pleadings without oral argument.  In accordance with the order entered on this date,

IT IS HEREBY ORDERED that the motion to dismiss is GRANTED, and that this matter is DISMISSED.

ENTERED BY ORDER OF THE COURT


Kelly L. Stephens, Clerk