**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| SAMUEL RONAN and ANA CORDERO, | : |
| | : Case No. 2:26-cv-343 |
| Plaintiffs, | : |
| | : |
| v. | : Chief Judge Sarah D. Morrison |
| | : |
| FRANK LAROSE, in his official capacity | : |
| as Secretary of State or Ohio, *et al.*, | : Mag. Judge S. Courter M. Shimeall |
| | : |
| Defendants. | : |

**JOINT STATUS REPORT**

Pursuant to this Court's Notation Order of June 1, 2026, the parties jointly provide the following Status Report. *See* ECF No. 41 (ordering the parties to "file a status report within SEVEN DAYS of a decision by the Sixth Circuit")

On June 8, 2026, a panel of the Sixth Circuit Court of Appeals dismissed Plaintiffs' interlocutory appeal as moot. ECF No. 42.

On June 11, 2026, Plaintiffs petitioned the Sixth Circuit for panel rehearing of that decision and/or rehearing en banc. While that petition is pending, the parties request that this Court either extend the current stay of discovery or set a new preliminary pretrial conference. The parties defer to the Court's judgment on how to proceed.

Respectfully submitted,

D. ANDREW WILSON
Ohio Attorney General

*/s/ Julie M. Pfeiffer*
JULIE M. PFEIFFER (0069792)*
*Counsel of Record*

1

ANN YACKSHAW (0090623)
MARK TUCKER (0036855)
STEPHEN P. TABATOWSKI (0099175)
GREGORY A. RUSTICO (0104103)
TYLER W. BLAIR (0095595)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Julie.Pfeiffer@OhioAGO.gov
Ann.Yackshaw@OhioAGO.gov
Mark.Tucker@OhioAGO.gov
Stephen.Tabatowski@OhioAGO.gov
Gregory.Rustico@OhioAGO.gov
Tyler.Blair@OhioAGO.gov

*Counsel for Defendant Frank LaRose*


SHAYLA D. FAVOR
Prosecuting Attorney
Franklin County, Ohio

*/s/ Eli F. Redfern*
ELI F. REDFERN (0103481)
BRIAN D. ZAGROCKI (0101970)
JEANINE A. HUMMER (0030565)*
*Counsel of Record
Assistant Prosecuting Attorneys
373 South High Street, 13th Floor
Columbus, Ohio 43215
Tel: (614) 525-3520
Fax: (614) 525-6012
eredfern@franklincountyohio.gov
bzagrocki@franklincountyohio.gov
jhummer@franklincountyohio.gov

*Counsel for Defendants Preisse, Freedhoff,
Shumaker, and Sexton*


*/s/ Mark R. Brown*
MARK R. BROWN
303 E. Broad Street
Columbus, OH 43215
614-236.6590

2

mbrown@law.capital.edu

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2026, the foregoing was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance. Parties may access this filing through the Court's system.

*/s/ Julie M. Pfeiffer*
JULIE M. PFEIFFER (0069762)
Assistant Attorney General