No. 26-3272

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

SAMUEL RONAN, et al.,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　 )
　　　　Plaintiffs-Appellants,　　　　　　 )
　　　　　　　　　　　　　　　　　　　　 )　　AMENDED ORDER
v.　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　 )
FRANK LAROSE, et al.,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　 )
　　　　Defendants-Appellees.　　　　　　 )

> **FILED**
> Jun 24, 2026
> KELLY L. STEPHENS, Clerk

Before:  BATCHELDER, LARSEN, and READLER, Circuit Judges.

Defendants-appellees moved to dismiss this appeal as moot.  Plaintiffs-appellants supported the motion but asked the court to vacate the district court's order under *United States v. Munsingwear*, 340 U.S. 36 (1950).  The court granted the motion without ordering vacatur, and plaintiffs-appellants reiterated their request for vacatur in a petition for rehearing.

Recognizing plaintiffs-appellants' request, the court now supersedes its prior order and expressly denies vacatur.  If an appeal is dismissed as moot, the decision to vacate the district court's order under *Munsingwear* falls within the court's equitable discretion, *see id.* at 39–40, usually exercised if leaving the district court's order undisturbed "would have a preclusive effect on subsequent litigation," *Mktg. Displays Int'l v. Shaw*, 93 F.4th 967, 971 (6th Cir. 2024) (citing *Radiant Glob. Logistics, Inc. v. Furstenau*, 951 F.3d 393, 397 (6th Cir. 2020) (per curiam)).  When, as here, the appeal solely concerns a moot preliminary injunction order and the underlying district

No. 26-3272
-2-

court litigation ostensibly remains live, concerns over preclusion generally do not warrant *Munsingwear* vacatur. *See id.* at 972; *Radiant*, 951 F.3d at 397. And plaintiffs-appellants have not shown that this an "extraordinary case[]" where a moot preliminary injunction would have a preclusive effect. *Mktg. Displays Int'l*, 93 F.4th 972–73. As such, the court declines to order that equitable relief.

Defendants-appellees' motion is GRANTED, and this appeal is DISMISSED AS MOOT.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

<table>
<tr><td>Kelly L. Stephens<br>Clerk</td><td>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed: June 24, 2026

Mr. Mark R. Brown
Mr. Oliver B. Hall
Ms. Jeanine Amid Hummer
Ms. Julie M. Pfeiffer
Mr. Eli Redfern
Mr. Gregory A. Rustico
Mr. Stephen P. Tabatowski
Mr. Mark D. Tucker
Mr. Brian Zagrocki

　　　Re:  Case No. 26-3272
　　　　　*Samuel Ronan, et al v. Frank LaRose, et al*
　　　　　Originating Case No. 2:26-cv-00343

Dear Counsel,

　　The Court issued the enclosed AMENDED Order today in this case.

　　　　　　　　　　Sincerely yours,

　　　　　　　　　　s/Kelly Stephens
　　　　　　　　　　En Banc Coordinator: Beverly
　　　　　　　　　　Direct Dial No. 513-564-7077

cc: Mr. Richard W. Nagel

Enclosure