**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| SAMUEL RONAN and ANA CORDERO, | : | |
| | : | **Case No. 2:26-cv-343** |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Chief Judge Sarah D. Morrison** |
| | : | |
| FRANK LAROSE, in his official capacity | : | |
| as Secretary of State or Ohio, *et al.*, | : | **Mag. Judge S. Courter M. Shimeall** |
| | : | |
| **Defendants.** | : | |

**JOINT STATUS REPORT**

Pursuant to this Court's Notation Order of July 8, 2026, the parties jointly provide the following Status Report.  *See* ECF No. 49 (ordering the parties to "file a status report within SEVEN DAYS of a decision by the Sixth Circuit on Plaintiffs' petition").

On July 22, 2026 the Sixth Circuit denied Plaintiffs' petition for rehearing en banc. The Parties jointly request that this Court set a new preliminary pretrial conference in this case.

Respectfully submitted,

D. ANDREW WILSON

Ohio Attorney General

*/s/ Stephen P. Tabatowski*

STEPHEN P. TABATOWSKI (0099175)*
*Counsel of Record*
JULIE M. PFEIFFER (0069792
ANN YACKSHAW (0090623)
MARK TUCKER (0036855)
GREGORY A. RUSTICO (0104103)
TYLER W. BLAIR (0095595)
Assistant Attorneys General

1

Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Julie.Pfeiffer@OhioAGO.gov
Ann.Yackshaw@OhioAGO.gov
Mark.Tucker@OhioAGO.gov
Stephen.Tabatowski@OhioAGO.gov
Gregory.Rustico@OhioAGO.gov
Tyler.Blair@OhioAGO.gov

*Counsel for Defendant Frank LaRose*


SHAYLA D. FAVOR
Prosecuting Attorney
Franklin County, Ohio

*/s/ Eli F. Redfern*
ELI F. REDFERN (0103481)
BRIAN D. ZAGROCKI (0101970)
JEANINE A. HUMMER (0030565)*
*Counsel of Record
Assistant Prosecuting Attorneys
373 South High Street, 13th Floor
Columbus, Ohio 43215
Tel: (614) 525-3520
Fax: (614) 525-6012
eredfern@franklincountyohio.gov
bzagrocki@franklincountyohio.gov
jhummer@franklincountyohio.gov

*Counsel for Defendants Preisse, Freedhoff,
Shumaker, and Sexton*


*/s/ Mark R. Brown*
MARK R. BROWN
303 E. Broad Street
Columbus, OH 43215
614-236.6590
mbrown@law.capital.edu

*Counsel for Plaintiffs*


2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2026, the foregoing was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance. Parties may access this filing through the Court's system.

/s/ Stephen P. Tabatowski
Stephen P. Tabatowski ((0099175)
Assistant Attorney General