**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **SAMUEL RONAN and ANA CORDERO,** | : | **Case No. 2:26-CV-343** |
| | : | |
| | : | |
| *Plaintiffs,* | : | **Chief Judge Sarah D. Morrison** |
| | : | |
| **v.** | : | |
| | : | **Magistrate Judge S. Courter M. Shimeall** |
| **FRANK LAROSE, et al.,** | : | |
| | : | |
| *Defendants.* | : | |

---

**DEFENDANT FRANK LAROSE'S MOTION TO CONTINUE PRELIMINARY
PRETRIAL CONFERENCE**

---

Defendant Frank LaRose moves to continue the preliminary pretrial conference currently set for August 13, 2026 at 11:00 AM. *See* Doc. No. 52.

Good cause supports this motion for continuance. The two principal attorneys for the Secretary of State, Stephen Tabatowski and Gregory Rustico, are currently out of the office on pre-planned leave for the next two weeks. Defendant therefore requests a two-week continuance of the preliminary pretrial conference currently set for August 13 and a corresponding two-week extension of the time to file the 26(f) report. This request is not made for the purpose of delay, and this is Defendant LaRose's first request for a continuance.

Undersigned counsel contacted counsel for Plaintiffs and counsel for the Board of Elections Defendants to obtain consent for this motion. Counsel for Plaintiffs and counsel for the Board of Elections Defendants do not oppose the relief requested in this motion.

For these reasons, Defendant LaRose respectfully requests a two-week continuance of the

preliminary pretrial conference currently set for August 13.

Respectfully submitted,

D. ANDREW WILSON
Ohio Attorney General

/s/ *Julie M. Pfeiffer*
JULIE M. PFEIFFER (0069792)*
*Counsel of Record*
STEPHEN P. TABATOWSKI
(0099175)
GREGORY A. RUSTICO (0104103)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215-3428
Tel: 614-466-1853 | Fax: 855-326-
1696
Julie.Pfeiffer@OhioAGO.gov
Stephen.Tabatowski@OhioAGO.gov
Gregory.Rustico@OhioAGO.gov

*Counsel for Defendant Frank LaRose*

**CERTIFICATE OF SERVICE**

I certify that on August 5, 2026, the foregoing was filed via the Court's electronic filing system. Notice of this filing was sent via the Court's electronic filing system to all counsel who have entered appearances.

/s/ Julie M. Pfeiffer
JULIE M. PFEIFFER (0069762)
Assistant Attorney General

2