**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**RONAN, et al.,**

Plaintiffs,

**v.**

**Case No. 2:26-cv-343**

**Chief Judge Sara Morrison**

**Mag. Judge S. Courter M. Shimeall**

**LaROSE, et al.**,

Defendants.

## RULE 26(f) REPORT

Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on August 19, 2026 and was attended by:

Mark R. Brown, counsel for Plaintiffs;

Stephen Tabatowski, counsel for Defendant-LaRose,

Ann Yackshaw, counsel for Defendant-LaRose,

Eli F. Redfern, counsel for Defendant-Freedhoff, Defendant-Preisse, Defendant-Shumaker, Defendant-Sexton

Brian D. Zagrocki, counsel for Defendant-Freedhoff, Defendant-Preisse, Defendant-Shumaker, Defendant-Sexton

I. CONSENT TO MAGISTRATE JUDGE

Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)?

____ Yes X__ No

2. INITIAL DISCLOSURES

Have the parties agreed to make initial disclosures?

_X__Yes ____ No _____ The proceeding is exempt under Rule 26(a)(1)(B)

If yes, such initial disclosures shall be made by within 14 days of the Court's resolution of Defendants' Rule 12 motions to dismiss.

3. VENUE AND JURISDICTION

Are there any contested issues related to venue or jurisdiction?

_X_ Yes ____ No

If yes describe the issue:

Defendant-LaRose and Defendant-Freedhoff, Defendant-Preisse, Defendant-Shumaker, and Defendant-Sexton contest this Court's jurisdiction in that Plaintiffs' claims are now moot and no live Article III controversy exists.

If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by within 21 days of the Court's resolution or disposition of Plaintiffs' motion to file an Amended Complaint.

4. PARTIES AND PLEADINGS

a. The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by September 8, 2026.

b. If the case is a class action, the parties agree that the motion for class certification shall be filed by ________________N/A.

5. MOTIONS

a. Are there any pending motion(s)?

_X__ Yes ____ No

If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number.

Defendant-LaRose on March 26, 2026 filed a Motion to Dismiss, Doc. No. 24.

Are the parties requesting expedited briefing on the pending motion(s)?

_____Yes _ X_ No

If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number:

If yes, identify the proposed expedited schedule:

Opposition to be filed by__________; Reply brief to be filed by__________.

6. ISSUES

Jointly provide a brief description of case, including causes of action set forth in the complaint, and indicate whether there is a jury demand:

This is an action under 42 U.S.C. § 1983 and the First and Fourteenth Amendments to the United States Constitution, and the federal Elections Clause in Article I of the Constitution, for declaratory and injunctive relief based on Plaintiff-Ronan's removal from Ohio's May 2026 congressional Republican primary ballot by Defendants. No jury is requested.

7. DISCOVERY PROCEDURES

a. The parties agree that discovery shall be stayed pending resolution or disposition of all motions to dismiss. The parties further agree that, if appropriate, discovery shall commence upon resolution of all motions to dismiss, and shall be completed by within 90 days of the Court's resolution or disposition of Defendants' respective motions to dismiss. The parties agree to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the period unless it is impossible or impractical to do so. If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court. To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call in number.

b. Do the parties anticipate the production of ESI? _____ Yes __X__No

If yes, describe the protocol for such production:

c. Do the parties intend to seek a protective or clawback agreement? No.

If yes, such order or agreement shall be produced to the Court by _____________.

8. DISPOSITIVE MOTIONS

a. Any dispositive motions shall be filed by within 90 days of the close of discovery.

b. Are the parties requesting expedited briefing on dispositive motions?

____ Yes _X__ No

If yes, identify the proposed expedited schedule:

Opposition to be filed by ______________, Reply to be filed by ___________.

9. EXPERT TESTIMONY

a. Primary expert reports must be produced by 60 days before close of discovery.

b. Rebuttal expert reports must be produced by 30 days before close of discovery.

10. SETTLEMENT

Plaintiffs will make a settlement demand by September 10, 2026. Defendant will respond by September 24, 2026. The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge for a settlement conference. The Court refers cases to settlement throughout the year. The parties request the following month and year:

_________________, 20___

In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference orders which require, inter alia, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

11. RULE 16 PRETRIAL CONFERENCE

Do the parties request a scheduling conference?

____ Yes, the parties would like a conference with the Court prior to it issuing a scheduling order. The parties request that the conference take place _______________________ in chambers ________________ by telephone.

__X__ No, a conference is not necessary; the Court may issue a scheduling order after considering this Report.

12. OTHER MATTERS

Indicate any other matters for the Court's consideration:

Signatures:

*/s/ Eli F. Redfern*

ELI F. REDFERN (0103481)
BRIAN D. ZAGROCKI (0101970)
JEANINE A. HUMMER (0030565)*
*Counsel of Record
Assistant Prosecuting Attorneys
373 South High Street, 13th Floor
Columbus, Ohio 43215
Tel: (614) 525-3520
Fax: (614) 525-6012
eredfern@franklincountyohio.gov
bzagrocki@franklincountyohio.gov
jhummer@franklincountyohio.gov

*Counsel for Defendants Preisse, Freedhoff, Shumaker, and Sexton*

D. ANDREW WILSON

Ohio Attorney General

*/s/ Julie M. Pfeiffer*
JULIE M. PFEIFFER (0069792)*
**Counsel of Record*
ANN YACKSHAW (0090623)
MARK TUCKER (0036855)
STEPHEN P. TABATOWSKI (0099175)
GREGORY A. RUSTICO (0104103)
TYLER W. BLAIR (0095595)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215

Tel: 614-466-2872 | Fax: 614-728-7592
Julie.Pfeiffer@OhioAGO.gov
Ann.Yackshaw@OhioAGO.gov
Mark.Tucker@OhioAGO.gov
Stephen.Tabatowski@OhioAGO.gov
Gregory.Rustico@OhioAGO.gov
Tyler.Blair@OhioAGO.gov

*Counsel for Defendant Frank LaRose*

*/s/ Mark R. Brown*

MARK R. BROWN
303 E. Broad Street
Columbus, OH 43215
614-236.6590
mbrown@law.capital.edu

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this Report was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance. Parties may access this filing through the Court's system.

*Mark R. Brown*

Mark R. Brown

Attorney for Plaintiff