**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**SAMUEL RONAN, *et al.*,**

**Plaintiffs,**

**v.**

**FRANK LAROSE, *et al.*,**

**Defendants.**

**Case No. 2:26-cv-343**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge S. Courter M. Shimeall**

**ORDER**

The parties submitted their Rule 26(f) Report on August 24, 2026, and indicated their preference that the Court issue a Preliminary Pretrial Order without a conference. The Court determined, however, that this matter would benefit from a conference and held a telephonic preliminary pretrial conference on August 31, 2026. All parties appeared and were represented by counsel. This Order memorializes the conference.

The parties made a joint oral motion to stay discovery. The Court **DENIED** the parties' oral motion. The Court **ORDERED** the parties to confer and file, **WITHIN SEVEN DAYS**, a revised proposed case schedule setting forth date-specific deadlines.

**IT IS SO ORDERED.**

*/s/ S. Courter M. Shimeall*
**S. COURTER M. SHIMEALL**
**UNITED STATES MAGISTRATE JUDGE**